1  **WO**                                                                               MDR

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roy Stephen Joseph, | No. CV 97-2214-PHX-RCB (BPV) |
| Plaintiff, | **ORDER** |
| vs. | |
| Director of the Circle K Corporation, et al., | |
| Defendants. | |

In a December 13, 2000 Order (Doc. #28), United States Magistrate Judge Morton Sitver explained to Plaintiff that

> judgment was entered dismissing plaintiff's third amended complaint and dismissing this action on May 26, 1998 [Doc. #20]. Plaintiff's Motion for Reconsideration was denied on June 18, 1998 [Doc. #22] and a certified copy of the mandate of the United States Court of Appeal affirming the district court's decision in this case was filed March 22, 1999 with the Clerk of the District Court. [Doc. #26]. This action has been terminated.

On April 7, 2008, **more than seven years after Magistrate Judge Sitver's Order and more than nine years after the Ninth Circuit's Mandate was filed in this Court**, Plaintiff filed a "Supplemental to the Third Amended Civil Rights Complaint" (Doc. #29) and a document entitled "The Legal Authority for Supplemental to the Third Amended Civil Rights Complaint" (Doc. #29).

This case is closed. The Court will not consider Plaintiff's untimely documents.

Accordingly,

. . . .

**IT IS ORDERED:**

(1) The Court **will not consider** Plaintiff's "Supplemental to the Third Amended Civil Rights Complaint" (Doc. #29) and "The Legal Authority for Supplemental to the Third Amended Civil Rights Complaint" (Doc. #29).

(2) This case must remain **closed**.

DATED this 25th day of April, 2008.

_____
Robert C. Broomfield
Senior United States District Judge