**WO**                                                                 MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Roy Stephen Joseph,                )    No. CV 97-2214-PHX-RCB (BPV)
                                   )
          Plaintiff,               )    **ORDER**
                                   )
vs.                                )
                                   )
Director of the Circle K Corporation, et al., )
                                   )
          Defendants.              )
_____)

On April 3, 2009, Plaintiff filed a "Motion for Alternative Writ of Mandamus" (Doc. #37). The Court has repeatedly informed Plaintiff that this case has been closed since the Ninth Circuit Court of Appeals, **more than a decade ago**, issued its mandate affirming the Court's dismissal of this action. Accordingly,

**IT IS ORDERED** that Plaintiff's "Motion for Alternative Writ of Mandamus" (Doc. #37) is **denied**. This case must remain **closed**.

Dated this 19th day of April, 2009.

_____
Robert C. Broomfield
Senior United States District Judge